MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

October 7, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Jessamy*, No. 11-cr-500-KMK-4

Dear Judge Karas:

I write regarding the consent motion I filed on September 3rd asking the Court to appoint new counsel for Mr. Jessamy in light of the government's agreement that his conviction under 18 U.S.C. § 924(c) should be vacated. *See* Docket Entry 347.

Mr. Jessamy is currently facing sentencing on an unrelated conviction, sustained after the one in this case, in the Middle District of Pennsylvania. *See United States v. Jessamy*, M.D. Pa. 19-cr-171. Mr. Jessamy's lawyer in that case has advised me that he expects sentencing to occur next month.

A disposition of Mr. Jessamy's case in this Court will facilitate an accurate calculation of his criminal history for purposes of sentencing in the Pennsylvania case. Thus, I respectfully ask the Court to grant the consent motion filed on September 3rd.

Respectfully submitted,

s/ Matthew B. Larsen
Assistant Federal Defender

cc:   AUSA Sarah Krissoff

*The Court appoints James Neuman as new counsel for Mr. Jessamy.*

*So Ordered*
*10/8/20*