UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order** |
| v. | **11 Cr. 500 (KMK)** |
| Turhan Jessamy, | |
| Defendant. | |

Upon the motion of the Defendant pursuant to 28 U.S.C. Section 2255, and in view of the Government's concession that his conviction of 18 U.S.C. Section 924(c)(1)(A)(iii) must be vacated on the basis of *United States v Davis*, 139 S. Ct. 2319 (2019), it is hereby ordered that:

1. The Defendant's conviction of 18 U.S.C. Section 924(c)(1)(A)(iii) is vacated; and

2. The Government is directed to arrange for the Defendant to be transported expeditiously to a facility within or close enough to the Southern District of New York so that he may be able to meet and confer with his assigned counsel in person, and if necessary, appear in person at future court conferences and proceedings.

SO ORDERED:

Dated: White Plains, New York

      February 25 , 2021

                                  THE HONORABLE KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE