

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 20, 2024

**BY ECF and EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    ***United States v. Turhan Jessamy*, 11-CR-500 (KMK)**

Dear Judge Karas:

      The Government respectfully submits this letter to provide an update regarding the various cases against the above-referenced defendant currently pending in this District.

1. In 11-CR-500 (KMK), there is a pending violation of supervised release petition charging the defendant with, *inter alia*, threatening someone with a firearm. Probation intends to modify that petition shortly, to include an allegation that the defendant possessed a firearm as a felon on or about January 23, 2024.

2. In 24-CR-086 (NSR), the defendant is on supervised release for a conviction he sustained in the Middle District of Pennsylvania. This case has been transferred to this District and assigned to Judge Román. It was assigned a criminal case number in this District last week, and Probation intends to file a violation petition that mirrors the forthcoming amended violation petition in 11-CR-500.

3. In 24-CR-061 (NSR), the defendant is charged with possessing a firearm as a felon on or about January 23, 2024, which is the same conduct that underlies the new specification that Probation intends to include in its violation petitions in the two cases above. The defendant was arrested on or about January 23, 2024 and consented to detention.

Case 7:11-cr-00500-KMK   Document 429   Filed 02/21/24   Page 2 of 2
Case 7:11-cr-00500-KMK   Document 428   Filed 02/20/24   Page 2 of 2

Page 2 of 2

During a conference in 24-CR-061 that took place on February 16, 2024, Judge Román indicated that he would continue to preside over 24-CR-086 and 24-CR-061. The parties anticipate reaching resolutions in all three of the defendant's cases in short order. Given the overlapping subject matter of these cases, the parties respectfully request that Your Honor set a control date in 11-CR-500 in mid-May, 2024. The Government has conferred with Probation, which concurs with this request.

The Court will set 5/ 21 /24, at 11:30 for the next conference.

So Ordered
2/20/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: Ben Arad
Assistant United States Attorney
Southern District of New York
(914) 993-1907

cc: Elizabeth Quinn (by ECF and Email)