

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 15, 2025

**BY ECF & E-MAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Turhan Jessamy*, 11 Cr. 500 (KMK)

Dear Judge Karas:

      The Government respectfully writes to request an adjournment of the conference currently scheduled for tomorrow, January 16, 2025 at 12:15 PM in the above-referenced case. The central purpose of the conference is to discuss the defendant's competency evaluation, and the outcome of the parties' conference regarding that evaluation before Judge Román in *United States v. Jessamy*, 24 Cr. 61 (NSR) and *United States v. Jessamy*, 24 Cr. 86 (NSR) (VOSR), which was scheduled for tomorrow at 10:00 AM and adjourned this afternoon to January 28, 2025 at 10:00 AM. The Government respectfully requests that Your Honor adjourn tomorrow afternoon's conference to a time after the January 28, 2025 conference before Judge Román. The Government understands that defense counsel, Ms. Quinn, does not object to this request.

Granted.

So Ordered.
1/16/25

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

by: _____
Ben Arad
Assistant United States Attorney
(347) 978-4150

cc:    Elizabeth Quinn, Esq. (by ECF and email)